B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

In re SHERI MARIE GEORGE                     ,            Case No. 03-20438

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GUM FINANCIAL INC | HELEN WINDHAM |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  GUM FINANCIAL INC
PO Box 953394
Lake Mary FL 32795

Court Claim # (if known): 16
Amount of Claim: $9775.00
Date Claim Filed: 02/27/2004

Phone: 689-600-2766
Last Four Digits of Acct #: n/a

Phone: 936-536-6479
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

FILED
2022 NOV -9 AM 11:12
CLERK U S BANKRUPTCY COURT
DEPUTY CLERK
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Natalia Kulikova                          Date: 11/05/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.